UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF ROEN SALVAGE
COMPANY AS OWNER OF THE CREW                Case No. 20-C-915
BOAT MONARK #2

## ORDER FOR STATUS UPDATE

Roen Salvage Company, owner of the crew boat Monark #2, filed this action under Admiralty Law for exoneration from or limitation of liability in the death of Donald Sarter. On December 4, 2020, this Court granted Claimant Julie Sarter's request to lift its injunction against actions in other courts related to claims in the same matter. Dkt. No. 32. Ms. Sarter filed an executed stipulation regarding limitation of liability on December 10, 2020, and the Court stayed and administratively closed the case the following day. The parties were directed to update the Court every six months on the status of the state court matter until it is fully resolved. *Id.* at 7. The parties filed their first status report on August 2, 2021, after being ordered to do so by the Court, but have yet to file their second. Within ten days of the date of this order, claimant's counsel shall advise the Court of the current status of any actions related to this matter.

**SO ORDERED** at Green Bay, Wisconsin this 10th day of February, 2022.

s/ William C. Griesbach
William C. Griesbach
United States District Judge